UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-78-KKM-NHA

MORENO FENELUS

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Distribution of Para-fluorofentanyl)

On or about January 11, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of para-fluorofentanyl, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT TWO
### (Distribution of Cocaine)

On or about January 11, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT THREE
### (Distribution of Para-fluorofentanyl and Fentanyl)

On or about February 25, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

did knowingly and intentionally distribute a controlled substance. The violation involved mixtures and substances containing detectable amounts of para-fluorofentanyl, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT FOUR
### (Distribution of Methamphetamine)

On or about March 28, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

did knowingly and intentionally distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT FIVE
**(Possession with Intent to Distribute Para-fluorofentanyl)**

On or about July 26, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of para-fluorofentanyl, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT SIX
**(Possession with Intent to Distribute Cocaine)**

On or about July 26, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT SEVEN
**(Possession of a Firearm and Ammunition by a Convicted Felon)**

On or about July 26, 2023, in the Middle District of Florida, the defendant,

MORENO FENELUS,

knowing he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

>Trafficking in 10 grams or more of Phenethylamines, on or about April 8, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, that is, a Beretta firearm, HS Produkt (Springfield Armory) firearm, Ruger firearm, North American Arms firearm, Kel-Tec firearm, and .22 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## **FORFEITURE**

1. The allegations contained in Counts One through Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: $3,261 in United States currency, a blue Chevrolet Silverado truck bearing

Florida tag Y491YU, assorted jewelry seized on or about July 26, 2023, a Beretta firearm, HS Produkt (Springfield Armory) firearm, Ruger firearm, North American Arms firearm, Andro Corp. firearm, Kel-Tec firearm, and assorted ammunition comprised of .22 caliber, 9mm, .223 caliber, .25 caliber, .380 caliber, .45 Auto, and .38 special ammunition, which all constitute proceeds of the offenses or were involved or used in the offenses.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Ross Roberts
Assistant United States Attorney

By: _____
FOR:  Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## MORENO FENELUS

### INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)

A true bill,

_____
Foreperson

Filed in open court this <u>27th</u> day

of February, 2024.

*Sarah Toombs*, Clerk

Bail $ _____

GPO 863 525